**No. P68/388.**—Robert Bosch Corp. and P. W. Bellingall, Inc., et al. *v.* United States, protests 60/28016, etc. (San Francisco).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 16, 1968

**No. P68/389.**—R. H. Macy & Co., Inc. *v.* United States, protests 64/458 and 64/18238 (New York).

WATSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of folding doors similar in all material respects to those the subject of *Gitkin Co.* v. *United States* (58 Cust. Ct. 383, C.D. 2997), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 16, 1968

**No. P68/390.**—Raleigh Industries of America, Inc. *v.* United States, protest 62/18595–13045 (Chicago.)

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of bicycles with or without tires having wheels in diameter (measured to the outer circumference of the tire) over 25 inches, weighing less than 36 pounds complete without accessories, and not designed for use with tires having a cross-sectional diameter exceeding 1⅝ inches and that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co., Mangano Cycles Co.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.